FILED

1  LAWRENCE G. BROWN
   Acting United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

JUL 16 2009

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

6

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9
                          1: 0 9 CR   0 0 2 6 7 AWI
10  UNITED STATES OF AMERICA,    )  CR. No.
                                 )
11                 Plaintiff,    )  VIOLATION: 18 U.S.C. §
                                 )  2252(a)(4)(B) - Possession of
12                               )  Material Involving the Sexual
        v.                       )  Exploitation of Minors
13                               )
                                 )
14  MATTHEW PATRICK SCHORR,      )
                                 )
15                 Defendant.    )
   _____)
16

17                   I N D I C T M E N T

18  COUNT ONE: [18 U.S.C. § 2252(a)(4)(B) - Possession of Material
              Involving the Sexual Exploitation of Minors]
19

20      The Grand Jury further charges:  T H A T

21                  MATTHEW PATRICK SCHORR,

22  defendant herein, on or about April 17, 2009 through April 24,

23  2009, in Tulare County, within the State and Eastern District of

24  California, and elsewhere did knowingly possess one or more

25  matters which contained any visual depiction that had been

26  mailed, shipped, or transported in interstate or foreign

27  commerce, or which was produced using materials which had been so

28  mailed, shipped, or transported, the producing of which involved

                                1

1  a minor engaging in sexually explicit conduct and the depiction

2  was of such conduct, specifically: the defendant possessed on an

3  internal hard disc drive of a laptop computer, a flash drive,

4  compact discs, a media card and floppy disks at least one image

5  file which contained a visual depiction, the producing of which

6  involved the use of a minor engaged in sexually explicit conduct,

7  and was of such conduct, as defined in Title 18, United States

8  Code, Section 2256, and which had traveled in interstate commerce

9  all in violation of Title 18, United States Code, Section

10  2252(a)(4)(B).

11

12                                    A TRUE BILL.

                                      /s/ Signature on file w/AUSA

13                                    _____
                                             FOREPERSON
    LAWRENCE G. BROWN
14  Acting United States Attorney

15  By_____Mark E. Cullers_____
        MARK E. CULLERS
16      Assistant U.S. Attorney
        Chief, Fresno Office
17

18

19

20

21

22

23

24

25

26

27

28