DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW PATRICK SCHORR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW PATRICK SCHORR, <br><br> *Defendant.* | No. 1:09-cr-00267 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date:  November 9, 2009 <br> Time:  9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Matthew Schorr, that the date for status conference in this matter may be continued to November 9, 2009, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is October 5, 2009.  The requested new date is November 9, 2009.**

   This continuance is requested to provide additional time for defense investigation.  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of justice served by the

///

///

Stipulation to Continue Status Conference

granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

DATED: October 1, 2009              By  /s/ Brian W. Enos
                                              BRIAN W. ENOS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: October 1, 2009              By  /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              MATTHEW PATRICK SCHORR

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).


IT IS SO ORDERED.

**Dated:   October 2, 2009**                  /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE