DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW PATRICK SCHORR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00267 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER THEREON |
| v. ) | |
| ) | Date:  December 14, 2009 |
| MATTHEW PATRICK SCHORR, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendant. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Matthew Schorr, that the date for status conference in this matter may be continued to December 14, 2009, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is November 9, 2009.  The requested new date is December 14, 2009.**

   This continuance is requested to provide time for the defense to conduct an examination of the computer hard drive at issue in this case.  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.

///

///

§§ 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

DATED: November 5, 2009        By /s/ Brian W. Enos
                                  BRIAN W. ENOS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: November 5, 2009        By /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MATTHEW PATRICK SCHORR

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).


IT IS SO ORDERED.

**Dated:   November 5, 2009**                /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE