DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW PATRICK SCHORR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00267 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  March 8, 2010 |
| MATTHEW PATRICK SCHORR, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Matthew Schorr, that the date for status conference in this matter may be continued to March 8, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is February 1, 2010.  The requested new date is March 8, 2010.**

This continuance is requested to provide time for the defense to complete its forensic analysis of the computer hard drive at issue in this case.  A defense expert has been retained; however, his schedule will not allow for completion of the examination prior to late February, 2010.  The parties agree that the delay

///

///

resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: January 26, 2010                By /s/ Brian W. Enos
                                              BRIAN W. ENOS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: January 26, 2010                By /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              MATTHEW PATRICK SCHORR


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:     January 27, 2010**                    /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE