DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW PATRICK SCHORR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>   v.<br><br>MATTHEW PATRICK SCHORR,<br><br>       *Defendant.* | No. 1:09-cr-00267 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  April 12, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Matthew Schorr, that the date for status conference in this matter may be continued to April 12, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is March 8, 2010.  The requested new date is April 12, 2010.**

     This continuance is requested to provide time for the defense to complete its forensic analysis of the computer hard drive at issue in this case.  A defense expert has been retained; however, additional time is needed for completion of the examination.  The parties agree that the delay resulting from the continuance

///

///

1   shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A).
2   For this reason, the ends of justice served by the granting of the requested continuance outweigh the
3   interests of the public and the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: March 3, 2010                      By /s/ Brian W. Enos
                                                   BRIAN W. ENOS
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: March 3, 2010                      By /s/ Eric V. Kersten
                                                 ERIC V. KERSTEN
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               MATTHEW PATRICK SCHORR

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:   March 4, 2010**                          /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE