BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW PATRICK SCHORR,<br><br>　　　　　Defendant. | CR. No. 1:09-CR-00267 AWI<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION AND BRIEFING DEADLINES UNDERLYING SAME; ORDER**<br><br>Date: July 6, 2010<br>Time: 9:00 a.m.<br>Ctrm: 2<br>　　Hon. Anthony W. Ishii |

**THE PARTES HERETO STIPULATE**, by and through their respective attorneys of record, that the hearing regarding any motions filed by defendant may be continued from 9:00 a.m. on Monday, June 28, 2010, to 9:00 a.m. on Tuesday, July 6, 2010.

　　The parties further agree that the deadlines underlying the above hearing likewise be extended as follows: (1) defendant's opening briefs, if any, to be filed by 4:00 p.m. on Tuesday, June 1, 2010; (2) the United States' opposition briefs to defendant's motions, if any, to be filed by 4:00 p.m. on Monday, June 21, 2010; and (3) defendant's reply briefs, if any, to be filed by 4:00 p.m. on Monday, June 28, 2010.

This stipulation is based on good cause. Specifically, counsel for the United States will be attending training in Alexandria, Virginia on the previously-scheduled June 28, 2010 hearing date. This stipulation arose at the government's request, to which counsel for defendant graciously agreed. For the above-stated reasons, the stipulated continuance will also conserve time and resources for both parties and the court. 18 U.S.C. § 3161(h)(7)(A).

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: May 20, 2010         By: Brian W. Enos_____
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney


                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        (As auth. 5/20/10)
Dated: May 20, 2010             /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Matthew Schorr
```

**ORDER**

IT IS SO ORDERED.

**Dated:   May 21, 2010**                 **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

2