DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW PATRICK SCHORR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW PATRICK SCHORR, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 1:09-cr-00267 AWI <br><br> STIPULATION TO ADVANCE STATUS <br> CONFERENCE AND ORDER THEREON <br><br> Date:  January 18, 2011 <br> Time:  9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and among the parties that the status conference in the above-entitled matter, now set for January 24, 2011, may be advanced to **January 18, 2011, at 9:00 a.m.**, or the soonest date thereafter that is convenient to the Court.

Defendant Matthew Patrick Schorr was originally charged with possession of child pornography between April 17 and April 24, 2009, by indictment dated July 16, 2009.  The matter is currently set for trial on February 8, 2011.

On January 6, 2011, the government filed a superceding indictment which contains a second count charging that Mr. Schorr also received and distributed child pornography between approximately February 6, 2002 and April 15, 2009.   Mr. Schorr's trial strategy for the  receipt and distribution charge will differ from his strategy for possession charge.  In addition, the relevant time frame for the possession charge is

only one week, while the relevant time frame for the receipt and distribution charge is more than seven years. The penalties for the receipt and distribution charge are also substantially more severe than those for the possession charge. For these reasons, Mr Schorr will be requesting that the February 8, 2011 trial date be vacated and or continued to allow for additional defense investigation and preparation.

AUSA Brian W. Enos has no objection to the request that the status conference be advanced. The parties agree that advancing the hearing date in this matter will further the ends of justice.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 11, 2011        By /s/ Brian W. Enos
                                  BRIAN W. ENOS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 11, 2011        By /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MATTHEW PATRICK SCHORR

## ORDER

IT IS SO ORDERED.

Dated:   January 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Advance Status Conference           2